UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :   **INDICTMENT**

    - v. -                        :

                                   :   22 Cr. 335 (NSR)

ELIJAH BERMUDEZ,                  :
    a/k/a "Quiet,"
                                   :

        Defendant.               :

- - - - - - - - - - - - - - - - - - X

## COUNT ONE

**(Felon in Possession)**

The Grand Jury charges:

On or about June 20, 2020, in the Southern District of New York and elsewhere, ELIJAH BERMUDEZ, a/k/a "Quiet," the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly and intentionally did possess, in and affecting commerce, ammunition, to wit, four .380 Caliber casings, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

_____          _____
FOREPERSON                                DAMIAN WILLIAMS
                                                      United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ELIJAH BERMUDEZ, a/k/a "Quiet,"

Defendant.

---

INDICTMENT

22 Cr.

(18 U.S.C. §§ 922(g)(1) and 2.)

DAMIAN WILLIAMS
United States Attorney

*[signature]*
Foreperson