

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 16, 2022

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. Elijah Bermudez, a/k/a "Quiet," 22 Cr. 335

Dear Judge Krause:

    The Government writes to respectfully request that the Court unseal the above-referenced Indictment, 22 Cr. 335, and its related arrest warrant, as I have been advised that earlier today the defendant was arrested.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/ David R. Felton
    Shiva H. Logarajah
    David R. Felton
    Courtney L. Heavey
    Assistant United States Attorneys
    (914) 993-1918/(212) 637-2299/-2413

SO ORDERED:

_____
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE

Dated: June 16, 2022