UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

<table>
<tr><td>USA,</td><td><strong>RESCHEDULING ORDER</strong></td></tr>
<tr><td>- against -</td><td>22 CR 335 (NSR)</td></tr>
<tr><td>ELIJAH BERMUDEZ,<br>Defendant(s).</td><td></td></tr>
</table>

------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

The U.S. Marshals Service notified chambers today that Defendant's unit at Westchester County Jail is under quarantine and, therefore, Defendant will not be produced today.   The in-person Status Conference scheduled for April 26, 2023 is hereby

ORDERED **rescheduled, without objection by the parties, to May 23, 2023 at 2:00 pm to be held in-person.**

Dated:      White Plains, New York
            April 26, 2023

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   4/26/2023