

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/1/2023__

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

September 1, 2023

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Elijah Bermudez, a/k/a "Quiet,"* 22-cr-335 (NSR)

Dear Judge Román:

       The Government, with the consent of the defendant, respectfully requests that the date for the Government's opposition to the defendant's motions, currently September 8, 2023, be adjourned to September 19, 2023. The Government makes this request given the defendant's filing of motions (with the consent of the Government) on August 3, 2023—eleven days after the deadline originally set by the Court.

The Government's request for an extension is GRANTED. The briefing schedule is revised as follows: the Government's opposition papers shall be filed on Sept. 19, 2023 and Defendant's reply papers shall be filed on Oct. 4, 2023. The in-person Pretrial Conference remains scheduled for Oct. 25, 2023 at 10am. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 22.
Dated: September 1, 2023
      White Plains, New York

SO ORDERED:
/s/ HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  /s_____
David R. Felton
Courtney L. Heavey
Shiva H. Logarajah
Kevin T. Sullivan
Assistant United States Attorneys
Tel: 914-993-1900

cc:    Michael Burke, Esq. (via ECF)