UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

         -against-

ELIJAH BERMUDEZ,

                     Defendant.

-------------------------------------------------------x

**ORDER**

22 Cr. 335-01 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case    Michael Burke    is hereby ordered substituted
                                                     Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

      John Wallenstein     .
         Attorney's Name

SO ORDERED.

Dated: White Plains, New York
         October 25, 2023

NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2023