MEMO ENDORSED

LAW OFFICES
**JOHN S. WALLENSTEIN**
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

January 4, 2024

**BY ECF**

Hon. Nelson S. Román
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

      **Re:  United States v. Elijah Bermudez**
           **Docket # 22 CR 335 (NSR)**

Dear Judge Román;

    This matter is scheduled for a status conference tomorrow. I respectfully request a short adjournment, until next Wednesday, January 10, in order to allow me time to handle a personal matter. I have discussed this request with AUSA David Felton, and the Government has no objection. I agree to exclude time from the operation of the Speedy Trial Act until January 10, 2024.

    Thank you for your courtesy and consideration.

                              Respectfully yours,

                              *John S. Wallenstein*
                              JOHN S. WALLENSTEIN

JSW/hs

cc:  AUSA David Felton (by ECF)

**Deft's request to adjourn the in-person Status Conf. from Jan. 5, 2024 until Jan. 10, 2024 at 1:00 pm is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 33.**
**Dated: White Plains, NY**
      **January 5, 2024**

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **01/05/2024**