**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

April 29, 2025

> The Govt's request for an extension until May 2, 2025 to file its sentencing submission is GRANTED with the Deft's consent. Clerk of Court is requested to terminate the motion at ECF No. 47. Dated: White Plains, NY April 29, 2025
>
> SO ORDERED:
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Elijah Bermudez, a/k/a "Quiet,"* 22-cr-335 (NSR)

Dear Judge Román:

The Government respectfully requests, with the consent of the defendant, to extend the deadline to file its sentencing submission in this matter by two days from April 30, 2025 to May 2. As the Court is aware, the defendant just filed his sentencing submission this past Sunday (April 27). And based on discussions with counsel to the defendant, the Government expects that the defendant will file a supplementary submission today which the parties expect will eliminate the need for the Court to resolve disputed issues of fact. Given the timing of defendant's submission, and the fact that he has yet to file a submission that will materially affect the Government's submission, the Government respectfully requests a two-day extension to May 2 to file its own submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   /s_____
David R. Felton
Courtney L. Heavey
Shiva H. Logarajah
Kevin T. Sullivan
Assistant United States Attorneys
Tel: 914-993-1900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2025

cc:   Counsel of Record (via ECF)